# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JUANITA PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendants. | Case No. 1:20-cv-00214-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL<br><br>(ECF No. 17) |

　　　Plaintiff Maria Juanita Perez and Defendant Andrew Saul, Commissioner of Social Security, have filed a stipulation to dismiss the entire action with prejudice. (ECF No. 24.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

　　　Dated:　**November 12, 2020**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE